FILED
November 14, 2005

FILED
ASHEVILLE, N. C.
NOV 17 2005
U.S. DISTRICT COURT
W. DIST. OF N. C.

No. 03-1122
CA-01-19-2

UNITED STATES OF AMERICA ex rel. KAREN T. WILSON

　　　　Plaintiff - Appellant

　　v.

GRAHAM COUNTY SOIL & WATER CONSERVATION DISTRICT; CHEROKEE COUNTY SOIL & WATER CONSERVATION DISTRICT; RICHARD GREENE; WILLIAM TIMPSON; KEITH ORR; RAYMOND WILLIAMS; DALE WIGGINS; GERALD PHILLIPS; ALLEN DEHART; LLOYD MILLSAPS; JERRY WILLIAMS; BILLY BROWN; LYNN CODY; BILL TIPTON; C. B. NEWTON; EDDIE WOOD; GRAHAM COUNTY

　　　　Defendants - Appellees

　　and

GRAHAM COUNTY BOARD OF COUNTY COMMISSIONERS; CHEROKEE COUNTY BOARD OF COUNTY COMMISSIONERS; CHERIE GREENE; RICKY STILES; BETTY JEAN ORR; JOYCE LANE; JIMMY ORR; EUGENE MORROW; CHARLES LANE; CHARLES LANEY; GEORGE POSTELL; LLOYD KISSLEBURG; TED ORR; BERNICE ORR; JOHN DOE; JOHN DOE CORPORATIONS, and defendant; GOVERNMENT ENTITIES 1-99

　　　　Defendants

O R D E R

Appellees have filed a bill of costs.

The Court awards $148.00 in costs. An itemized statement of costs is attached to this order. A certified copy of this order shall issue to the clerk of the district court for inclusion in this Court's mandate.

　　　　　　　　　　　　　　　For the Court - By Direction

A True Copy, Teste:
Patricia S. Connor, Clerk
BY _____
　　Deputy Clerk

　　　　　　　　　　　　　　　/s/ Patricia S. Connor
　　　　　　　　　　　　　　　――――――――――――――――
　　　　　　　　　　　　　　　　　　　CLERK

To be filed by: 10/06/05                    pks3

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

Re: 03-1122 US ex rel Wilson v. Graham County Soil
CA-01-19-2

**FILED**
**OCT 25 2005**
**U.S. Court of Appeals**
**Fourth Circuit**

==========================================================
SEE INSTRUCTIONS BEFORE COMPLETING THIS FORM.
==========================================================

BILL OF COSTS

The Clerk is requested to tax the following costs against: [                    ]

| COURT COSTS TAXABLE UNDER RULE 39, FRAP | CLAIMED | TAXED Court Use |
|---|---|---|
| Docketing Fee | $ | $ |
| Printing Appendix [    ] Pages | | |
| Printing Appellant's Brief [    ] Pages | | |
| Printing Appellee's Brief [ 555 ] Pages | $494.25 | $148 oo   37 |
| Printing Appellant's Reply Brief [    ] Pages | | |
| TOTAL AMOUNT | $ 494.25 | $148 oo |

If costs are sought for or against the United States, agency or officer, cite statutory authority.

==========================================================
I declare under penalty of perjury that the foregoing costs are true and correct and were necessarily incurred in this action.

Date 10/5/05        Signature [signature]        (For) Name of Claiming Party
                                                 GRAHAM COUNTY

**Certificate of Service**

I certify that on 10/5/05 [date] I mailed a copy of the bill of costs form to counsel at the address shown ~~below~~: ON ATTACHED PROOF OF SERVICE:

[signature]
--------
Signature

# THE LEX GROUP

Post Office Box 1111
Richmond, VA 23218
304-644-4419
Fed. Tx ID# 54-1744757

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 4/23/03 | 11248 |

### CONTRACTING ATTORNEY

MacLatchie, Scott D.
WOMBLE CARLYLE SANDRIDGE & RICE
301 South College Street
Suite 3300
Charlotte, North Carolina 28202

### RECORD NUMBER AND STYLE

03-1122

Wilson, et al. v.
Graham County Soil & Water Conservation Distric, et al.

| TERMS | LEX REP | FILING DATE |
|---|---|---|
| Net 30 | TM | 4/21/03 |

| DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| Brief of Appellee Base/4th Circuit | | 100.00 | 100.00 |
| Brief of Appellee per pg./4th Circuit (15 copies of 37 pages = 555) | 555 | 0.35 | 194.25 |
| Paralegal Fee (Format Brief/Compose TOC & TOA) | 2 | 100.00 | 200.00 |

Net 30/1.5% monthly late fee
Federal Tax ID. 54-1744757

We now accept Visa, MasterCard and American Express.

**Total: $494.25**

Todd Capitano, Esq.
Bishop, Capitano & Abner
4521 Sharon Road, Suite 350
Charlotte, North Carolina 28211
Attorney for Plaintiff

Mark T. Hurt
159 West Main Street
Abingdon, VA 24210

Brian S. McCoy
633 East Main Street
Rock Hill, SC 29730

Jill Hickey
Special Deputy Attorney General
N.C. Department of Justice, Environmental Division
9001 Mail Service Center
Raleigh, NC 27699-9001
Counsel for Defendants Cherokee County Soil & Water Conservation District, Bill Tipton, Eddie Wood and C.B. Newton

David Roy Blackwell
Special Deputy Attorney general
Special Litigation Section
9001 Mail Service Center
Raleigh, NC 27699-9001
Counsel for Graham County SWCD Defendants

Zeyland G. McKinney, Jr.
McKinney & Tallant, P.A.
P. O. Box 1549
Robbinsville, NC 28771
Counsel for Keith Orr and Jerry Williams

Roy H. Patton, Jr.
P. O. Box 1187
90 Main Street
Canton, NC 28716
Counsel for Billy Brown and Richard Greene

William Timpson
P.O. Box 196
Marble, NC 28905