# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### BRYSON CITY DIVISION

## CIVIL NO.  2:01CV19

| | | |
|---|---|---|
| **UNITED STATES** *ex rel.*, **KAREN T. WILSON,** | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| Vs. | ) ) | **ORDER OF DISMISSAL** |
| **GRAHAM COUNTY SOIL & WATER CONSERVATION DISTRICT; GRAHAM COUNTY; CHEROKEE COUNTY SOIL & WATER CONSERVATION DISTRICT; RICHARD GREENE; WILLIAM TIMPSON; KEITH ORR; RAYMOND WILLIAMS; DALE WIGGINS; GERALD PHILLIPS; ALLEN DEHART; LLOYD MILLSAPS; JERRY WILLIAMS; BILLY BROWN; LYNN CODY; BILL TIPTON; C. B. NEWTON; and EDDIE WOOD,** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**THIS MATTER** is before the Court on remand from the United States

Supreme Court *via* the Fourth Circuit Court of Appeals with directions that this

Court dismiss the action as time-barred under North Carolina's three-year

statute of limitations for wrongful discharge.  *See, Graham County Soil &*

*Water Conservation Dist. v. United States,* **125 S. Ct. 2444 (2005).**

**IT IS, THEREFORE, ORDERED** that this action is hereby **DISMISSED**

**WITH PREJUDICE**.

**Signed: November 28, 2005**

Lacy H. Thornburg
United States District Judge