# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION

## CIVIL NO. 2:01CV19

| | |
|---|---|
| UNITED STATES *ex rel.*, KAREN T. WILSON, )<br>)<br>Plaintiffs, )<br>)<br>Vs. )<br>)<br>GRAHAM COUNTY SOIL & WATER )<br>CONSERVATION DISTRICT; )<br>GRAHAM COUNTY; CHEROKEE )<br>COUNTY SOIL & WATER )<br>CONSERVATION DISTRICT; )<br>RICHARD GREENE, in his individual )<br>capacity; WILLIAM TIMPSON, in his )<br>individual capacity; KEITH ORR, in )<br>his individual and official capacities; )<br>RAYMOND WILLIAMS, in his official )<br>capacity; DALE WIGGINS, in his )<br>official capacity; GERALD PHILLIPS, )<br>in his individual and official )<br>capacities; ALLEN DEHART, in his )<br>official capacity; and LYNN )<br>CODY, in his official capacity, )<br>)<br>Defendants. )<br>) | **O R D E R** |

**THIS MATTER** is before the Court on motion of Defendants Graham County, Dale Wiggins, Raymond Wiggins and Lynn Cody ("Graham County

Defendants") for an extension of the deadlines set forth in the Court's June 13, 2006, Order and a request for a scheduling conference. The motion is joined by Defendant Cherokee County Soil & Water Conservation District ("Cherokee County SWCD"). The relief sought has been consented to by the remaining Defendants and the Plaintiff.

The parties have agreed on August 28, 2006, for a scheduling conference. Since the hearing date is some two weeks after the discovery deadline of August 11, the parties have also requested this deadline be extended from August 11, 2006, to the date of the hearing. While the Court will not extend the deadline beyond August 11 at this time, the parties may engage in consensual discovery after that date. The parties are advised, however, that the Court will not become involved in any discovery disputes that may arise after the August 11 deadline.

**IT IS, THEREFORE, ORDERED** that a ruling on the motion of the Graham County Defendants for an extension of the discovery period and the other deadlines contained in the Court's June 13, 2006, Order is **DEFERRED** until the scheduling conference.

**IT IS FURTHER ORDERED** that the motion of the Graham County Defendants for a pretrial conference is **ALLOWED**, and such conference is

hereby scheduled for **MONDAY, AUGUST 28, 2006, AT 2:00 PM**, in the Chambers of the undersigned in Asheville, North Carolina.

Signed: July 20, 2006

Lacy H. Thornburg
United States District Judge