## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## BRYSON CITY DIVISION

### CIVIL NO. 2:01CV19

| | |
|---|---|
| UNITED STATES *ex rel.*, KAREN T. WILSON, ) ) ) | |
| Plaintiffs, ) ) | |
| Vs. ) ) | **O R D E R** |
| GRAHAM COUNTY SOIL & WATER CONSERVATION DISTRICT; GRAHAM COUNTY; CHEROKEE COUNTY SOIL & WATER CONSERVATION DISTRICT; RICHARD GREENE, in his individual capacity; WILLIAM TIMPSON, in his individual capacity; KEITH ORR and GERALD PHILLIPS, in their individual and official capacities; RAYMOND WILLIAMS, in his official capacity; DALE WIGGINS, in his official capacity; ALLEN DEHART, in his official capacity; LLOYD MILLSAPS, in his official capacity; JERRY WILLIAMS, in his individual capacity; BILLY BROWN, in his individual capacity; LYNN CODY, in his official capacity; BILL TIPTON, in his official capacity; C.B. NEWTON, in his official capacity; and EDDIE WOOD, in his official capacity, ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. ) ) | |

**THIS MATTER** is before the Court on motion of Defendants Graham County Soil & Water Conservation District, Gerald Phillips, Allen Dehart and Lloyd Millsaps to strike contained within their answer to Plaintiff's Third Amended Complaint filed August 14, 2006.

By Order entered August 14, 2006, the Court found the Third Amended Complaint complied with the Court's Order of July 20, 2006, except as to Sections C and D. The Court struck those sections. The claims alleged in the Third Amended Complaint and the capacities in which the Defendants have been sued are now clearly stated. The Court, therefore, finds the Defendants' motion to strike should be denied as moot.

**IT IS, THEREFORE, ORDERED** that the Defendants' motion to strike is hereby **DENIED** as moot.

Signed: August 15, 2006

Lacy H. Thornburg
United States District Judge