IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

CIVIL NO. 2:01CV19

| | | |
|---|---|---|
| UNITED STATES *ex rel.*, KAREN T. WILSON, | ) ) ) | |
| Plaintiffs, | ) ) | |
| Vs. | ) ) | O R D E R |
| GRAHAM COUNTY SOIL & WATER CONSERVATION DISTRICT; GRAHAM COUNTY; CHEROKEE COUNTY SOIL & WATER CONSERVATION DISTRICT; RICHARD GREENE, in his individual capacity; WILLIAM TIMPSON, in his individual capacity; KEITH ORR and GERALD PHILLIPS, in their individual and official capacities; RAYMOND WILLIAMS, in his official capacity; DALE WIGGINS, in his official capacity; ALLEN DEHART, in his official capacity; LLOYD MILLSAPS, in his official capacity; JERRY WILLIAMS, in his individual capacity; BILLY BROWN, in his individual capacity; LYNN CODY, in his official capacity; BILL TIPTON, in his official capacity; C.B. NEWTON, in his official capacity; and EDDIE WOOD, in his official capacity, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**THIS MATTER** is before the Court on motions of Defendants Cherokee County Soil & Water Conservation District, Bill Tipton, Eddie Woods, C. B. Newton and William Timpson to dismiss and to strike contained within their answer to Plaintiff's Third Amended Complaint filed August 14, 2006; these Defendants have also filed a brief supporting their motions to dismiss and to strike.

By Order filed August 14, 2006, the undersigned struck and dismissed with prejudice those claims contained in Sections C and D of the Third Amended Complaint. Therefore, the Defendants' motion to strike is now moot and no response to that motion is required.

**IT IS, THEREFORE, ORDERED** that the Defendants' motion to strike is hereby **DENIED** as moot.

Signed: August 15, 2006

Lacy H. Thornburg
United States District Judge