# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION

## CIVIL NO. 2:01CV19

| | |
|---|---|
| UNITED STATES *ex rel.*, KAREN T. WILSON, ) ) ) Plaintiffs, ) ) Vs. ) ) GRAHAM COUNTY SOIL & WATER ) CONSERVATION DISTRICT, *et al.*, ) ) Defendants. ) ) | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte* to continue the trial from the February 26, 2007, term in the Bryson City Division.

The Court has under advisement the Defendants' motions for summary judgment; the Court will not complete its review of these motions in time for the parties to adequately prepare for trial for the February 2007 term.

**IT IS, THEREFORE, ORDERED** that the Clerk calendar this case for trial during the Court's April 2007 term (which begins March 26, 2007) in the Bryson City Division.

Signed: January 12, 2007

Lacy H. Thornburg
United States District Judge