# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION

## CIVIL NO. 2:01CV19

UNITED STATES *ex rel.*, KAREN T. WILSON,

   Plaintiffs,

Vs.

GRAHAM COUNTY SOIL & WATER CONSERVATION DISTRICT; GRAHAM COUNTY; CHEROKEE COUNTY SOIL & WATER CONSERVATION DISTRICT; RICHARD GREENE, in his individual capacity; WILLIAM TIMPSON, in his individual capacity; KEITH ORR, in his individual and official capacities; GERALD PHILLIPS, in his official capacity; RAYMOND WILLIAMS, in his official capacity; DALE WIGGINS, in his official capacity; ALLEN DEHART, in his official capacity; LLOYD MILLSAPS, in his official capacity; BILLY BROWN, in his individual capacity; LYNN CODY, in his official capacity; BILL TIPTON, in his official capacity; C. B. NEWTON, in his official capacity; and EDDIE WOOD, in his official capacity,

   Defendants.

## J U D G M E N T

For the reasons stated in the Memorandum of Opinion filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Defendants' motions for summary judgment are **ALLOWED**, and this matter is hereby **DISMISSED WITH PREJUDICE** in its entirety.

Signed: March 13, 2007

Lacy H. Thornburg
United States District Judge