# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION

## CIVIL NO. 2:01CV19

| | |
|---|---|
| UNITED STATES *ex rel.*, KAREN T. WILSON, ) ) ) Plaintiffs, ) ) Vs. ) ) GRAHAM COUNTY SOIL & WATER ) CONSERVATION DISTRICT, *et al.*, ) ) Defendants. ) ) | **O R D E R** |

**THIS MATTER** is before the Court on Plaintiff Karen Wilson's motion to supplement the Court's record by adding a missing attachment to Exhibit A included in the Reply of Defendants Cherokee County Soil & Water Conservation District, Bill Tipton, C.B. Newton, and Eddie Wood, filed December 28, 2006.

For the reasons stated in the motion and the remaining parties having no objections to the relief sought,

**IT IS, THEREFORE, ORDERED** that the Plaintiff's motion is **ALLOWED**, and the attachment to Plaintiff's motion to supplement is hereby added to the Court's record of proceedings herein.

Signed: November 27, 2007

Lacy H. Thornburg
United States District Judge