# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION

## CIVIL NO. 2:01CV19

| | |
|---|---|
| UNITED STATES *ex rel.*, KAREN T. WILSON, )<br>)<br>Plaintiffs, )<br>)<br>Vs. )<br>)<br>GRAHAM COUNTY SOIL & WATER CONSERVATION DISTRICT, *et al.*, )<br>)<br>Defendants. )<br>) | **O R D E R** |

**THIS MATTER** is before the Court on the parties' joint motion to stay these proceedings pending a ruling by the United States Supreme Court on the Defendants' petition for a writ of *certiorari*.

For the reasons stated in the motion and for cause shown,

**IT IS, THEREFORE, ORDERED** that the joint motion to stay is **ALLOWED**, and this action is hereby stayed until such time as the Supreme Court acts on the petition for a writ of *certiorari* or, in the event the Supreme Court grants the petition, such additional time as is necessary

for the Supreme Court to issue a ruling on the merits of the question presented.

Signed: October 6, 2008

Lacy H. Thornburg
United States District Judge