THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

CIVIL CASE NO. 2:01cv19

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>*ex rel.* KAREN T. WILSON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>GRAHAM COUNTY SOIL & )<br>WATER CONSERVATION DISTRICT, )<br>*et. al.*, )<br>)<br>Defendants. )<br>_____) | **CORRECTIVE**<br>**O R D E R** |

**THIS MATTER** is before the Court sua sponte to correct an error in its prior Order.

On October 19, 2011, the Court entered an Order in this matter setting a status conference in this matter. That Order erroneously stated that the status conference would be scheduled for December 6, 2011. The correct date for the status conference is December 7, 2011. The conference will be held on the afternoon of December 7, 2011, in Bryson City.

**IT IS THEREFORE ORDERED** that the Court's Order of October 19, 2011, is corrected to set the status conference in this matter for December 7,

2011.

**IT IS SO ORDERED**.

Signed: October 25, 2011

Martin Reidinger
United States District Judge