IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

CIVIL CASE NO. 2:01cv19

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> *ex rel.* KAREN T. WILSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> GRAHAM COUNTY SOIL & ) <br> WATER CONSERVATION DISTRICT, ) <br> *et. al.*, ) <br> ) <br> Defendants. ) <br> ) | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte*.

On December 7, 2011, the undersigned conducted a status conference in this matter. Roy Patton, Esq. is counsel of record for two of the Defendants herein, Richard Greene and Billy Brown. Mr. Patton did not appear at the conference on behalf of his clients. The Court instructed his courtroom deputy Clerk of Court to telephone Mr. Patton concerning his absence. Mr. Patton advised that he no longer represents either Defendant due to nonpayment of fees. Mr. Patton, however, has never moved for leave to withdraw as counsel. He thus remains counsel of record for Defendants Greene and

Brown, and as such was required to appear at the Court's December 7, 2011 status conference.

**IT IS, THEREFORE, ORDERED** that on or before fifteen (15) days from entry of this Order, Roy Patton, Esq. shall file a motion for leave to withdraw as counsel in this case. Failure to do so will result in the issuance of an Order to Show Cause why Roy Patton, Esq. should not be sanctioned.

Signed: December 16, 2011

Martin Reidinger
United States District Judge