# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# CIVIL CASE NO. 2:01-cv-00019-MR

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ex rel. KAREN T. WILSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> GRAHAM COUNTY SOIL & WATER ) <br> CONSERVATION DISTRICT, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on Zeyland G. McKinney's Response to Show Cause Order [Doc. 366].

On April 8, 2015, the Court entered an Order directing attorney Zeyland G. McKinney, Jr. to show cause in writing why he should not be sanctioned for failing to appear at the March 27, 2015 status conference or for failing to file a motion to withdraw from further representation of the Defendant Keith Orr. [Doc. 363]. On April 10, 2015, Mr. McKinney filed the present Response, explaining that he inadvertently had failed to file a motion to withdraw as he had indicated to the Clerk's Office that he would. In the meantime, however, Mr. McKinney has been able to locate his client, and he

now reports that Mr. Orr still desires his representation in this matter. Mr. McKinney further assures the Court that he intends to represent Mr. Orr through the completion of this matter and that he will follow the Court's Case Management Order. [Doc. 366].

In light of Mr. McKinney's response, the Court will discharge the Show Cause Order and will not impose sanctions against him. The Court, however, will assess a $200.00 administrative fine, payable to the Clerk of Court, against Mr. McKinney for his failure to appear at the March 27, 2015 status conference. This fine is not a sanction but rather is an administrative assessment designed to ensure the timely appearance of counsel for hearings before this Court.

**IT IS, THEREFORE, ORDERED** that the Show Cause Order [Doc. 363] is hereby **DISCHARGED**.

**IT IS FURTHER ORDERED** that attorney Zeyland G. McKinney, Jr. shall pay an administrative fine of Two Hundred Dollars ($200.00) to the Clerk of Court within thirty (30) days of the entry of this Order.

**IT IS SO ORDERED.**

Signed: April 17, 2015

Martin Reidinger
United States District Judge